IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BELAZ TRUCKS AMERICAS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRADE SHOW FABRICATIONS WEST, INC., a Nevada corporation,<br><br>Defendant. | Case No. 2:12-cv-1336 |

### **DEFAULT JUDGMENT**

An Application having been duly made by BELAZ TRUCKS AMERICAS, INC. ("Plaintiff"), for judgment against TRADE SHOW FABRICATIONS WEST, INC., and the default of said Defendant having been entered for failure to answer or otherwise defend as to the Complaint of Plaintiff, and it appearing that said Defendant is not an infant or incompetent person, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff shall recover of and from Defendant as follows:

Against the Defendant in the amount of One Hundred Twenty Five Thousand Thirty Four Dollars and Eighty Three Cents ($125,034.83), together with costs in the amount of $127.65 and attorney's fees in the amount of $5,117.50, totaling $5,245.15, together with further interest at the

statutory rate of .17% computed daily to the date of payment, and accruing from the date of entry of the Default Judgment, until paid in full.

DATED: this 24th day of October, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE